IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                          2:17-cr-11
                                  Judge Marbley

Latasha Denise Barrett

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 30) that the defendant's guilty pleas be accepted. The court accepts the defendant's pleas of guilty to Counts 4 and 29 of the Indictment, and she is hereby adjudged guilty on these counts. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: August 1, 2017                  s\Algenon L. Marbley
                                                Algenon L. Marbley
                                                United States District Judge